

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. **12-4888SAG** |
| THE PREMISES KNOWN AS 212 CEDAR TERRACE, GLEN BURNIE, MARYLAND 21060 | ) ) ) | |

JAN 07 2013

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

THE PREMISES KNOWN AS 212 CEDAR TERRACE, GLEN BURNIE, MARYLAND 21060

located in the _____ District of _____ Maryland _____, there is now concealed *(identify the person or describe the property to be seized)*:

Evidence of violations of Title 18, United States Code, Section 2251(a) (production of child pornography) and Title 18, United States Code, Section 2252A(a)(5)(B) (possession of child pornography) as further described in Attachment B to the Affidavit of FBI SA Rachel S. Corn

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251(a); 18 USC 2252A(a)(5)(B) | Production of child pornography; Possession of child pornography |

The application is based on these facts:
See Affidavit of Special Agent Rachel S. Corn, FBI

☐ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Special Agent Rachel S. Corn, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Dec. 21, 2012

_____
*Judge's signature*

City and state: Baltimore, Maryland

Magistrate Judge Stephanie A. Gallagher
*Printed name and title*